

**ROSENBAUM & ROSENBAUM, P.C.**
ATTORNEYS AT LAW

100 Wall Street, 15th Floor   New York, NY 10005   Tel 212.514.5007   Fax 212.514.9178

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2019

December 11, 2019

**MEMO ENDORSED**

*Via ECF*
Hon. Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

RE: Rosenbaum v. Stifelman, M.D.,
Docket No.: 19-CV-02176 (LTS) (KHP)

Your Honor,

My office represents the plaintiff George Rosenbaum in this matter. This letter is sent to request an adjournment of the Case Management Conference, which is currently scheduled for Thursday, December 12, 2019. The reason for the request is that Michael Stifelman, M.D., and the "new" defendant Hackensack University Medical Center were served with the Amended Complaint on November 11, 2019. I have conferred with defense counsel Heather Laschewer who presently represents Dr. Stifelman and Answers are expected from both defendants on the Amended Complaint in the next few weeks.

With reference to my client's ongoing medical issues it is expected he will be able to resume meaningful involvement with this case soon, hopefully as early as January.

Accordingly, the parties respectfully request the Case Management Conference be adjourned to January 31, 2019 or any other date that is convenient for the court. I have spoken to defendant's counsel and they have consented to said request subject to Your Honor's decision.

**APPLICATION GRANTED:** The Status Conference in this matter that is scheduled for Thursday, December 12, 2019 at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Friday, January 31, 2020 at 10:00 a.m.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
12/11/2019

Respectfully,

ROSENBAUM & ROSENBAUM, P.C.

Matthew T. Gammons, Esq.

Cc: Kaufman Borgeest & Ryan, LLP
120 Broadway, 14th Floor
New York, NY 10271