```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

GEORGE ROSENBAUM,

                      Plaintiff,                  19-CV-2176 (LTS) (KHP)

          -against-                  **ORDER**

MICHAEL STIFELMAN, M.D.,

                    Defendant.

```
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 26, 2020, the parties appeared for a status conference. As discussed during the conference, the following order is entered:

**Discovery.** The deadline for fact discovery is extended to **July 20, 2020**. The deadline for expert discovery is extended to **July 17, 2020**.

**Status Letter.** The parties are directed to file a letter updating the Court as to the status of discovery no later than **April 9, 2020**.

**SO ORDERED.**

DATED:     New York, New York
               March 18, 2020

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/20