USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GEORGE ROSENBAUM,

                Plaintiff,                        19-CV-2176 (LTS) (KHP)

   -against-                             **ORDER**

MICHAEL STIFELMAN, M.D.,

                Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On March 18, 2020 the Court directed the parties to file a letter updating the Court as to the status of discovery by no later than April 9, 2020. The parties have failed to do. The parties are directed to file a letter to update the Court as to the status of discovery by no later than **April 24, 2020**.

      **SO ORDERED.**

DATED:     New York, New York
              April 17, 2020

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge