```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___09/09/2020___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GEORGE ROSENBAUM,

                            Plaintiff,

                 -against-

MICHAEL STIFELMAN, M.D.,

                          Defendant.

-----------------------------------------------------------------X

**19-CV-2176 (KMW)(KHP)**

**ORDER SCHEDULING TELEPHONIC**
**STATUS CONFERNCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic Status Conference in this matter is hereby scheduled for **Tuesday,**

**October 20, 2020 at 11:15 a.m**.  Counsel is directed to call Judge Parker's teleconference line at

the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

      **SO ORDERED.**

DATED:      New York, New York
             September 9, 2020

                                           *Katharine H Parker*
                                  _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge