UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GEORGE ROSENBAUM,

                                  Plaintiff,

          -against-

MICHAEL STIFELMAN, M.D.,

                                Defendant.

-----------------------------------------------------------------X

19-CV-2176 (KMW)(KHP)

**ORDER ADJOURNING STATUS CONFERNCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Stipulation of Voluntary Dismissal filed on April 21, 2021 (doc. no 74) the Settlement Conference currently scheduled for **April 29, 2021** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
                April 22, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge